AUSA Paeffgen

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            :

v.                                  :        CRIMINAL NO. 16-515 JKS

QUINTON DARNELL MCLEAN,             :

Defendant                           :

                                    :

...oOo...

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Wayne R. Tracey, being first duly sworn, hereby depose and state as follows:

1.      This affidavit is submitted in support of a criminal complaint and arrest warrant for **Quinton Darnell MCLEAN ("MCLEAN")**.  As set forth below, your Affiant submits that there is probable cause to believe that **MCLEAN**, having previously been convicted of a crime punishable by more than a year of incarceration, knowingly and intentionally possessed a firearm on or about February 12, 2016, in the District of Maryland, and thus violated Title 18 United States Code § 922(g)(1).

### AFFIANT'S TRAINING AND EXPERIENCE

1.      Your Affiant is a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, your Affiant is an officer of the United States or of a State or political subdivision thereof who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 of the United States Code.

2.      Your Affiant is currently a Task Force Officer ("TFO") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  Since 2013, your Affiant has been

1

assigned to the ATF Joint Task Force ("Task Force"). This Task Force is comprised of ATF agents and detectives, like your Affiant, from the Prince George's County Maryland Police Department ("PGPD"). Your Affiant has been employed by the PGPD since January 2005, after successfully completing seven month Basic Officer Training at the PGPD Academy. Prior to my tenure with the PGPD, your Affiant was a sworn police officer for the Carroll County (Maryland) Sheriff's Office from January 2002 to January 2005.

3. In your Affiant's role as a TFO, I am responsible for investigations involving specified unlawful activities, including violent crimes involving firearms that occur in the District of Maryland. I am also responsible for enforcing federal firearms and explosives laws, and unlawful activities, including narcotics trafficking and money laundering, among other violations, occurring in the District of Maryland. Your Affiant has also received training on the proper investigative techniques for these violations, including the identification of firearms and location of the firearms' manufacture.

4. Your Affiant has actively participated in investigations of criminal activity, including the investigation of armed drug traffickers and money launderers. During these investigations, I have participated in the execution of search warrants and the seizure of evidence related to crimes involving, among other things, narcotics trafficking, unlawful possession of firearms, and money laundering. As a TFO, your Affiant has also participated in and gained experience in Title III wire intercept investigations. I have also personally conducted and participated in investigations that have resulted in the arrest and conviction of numerous individuals responsible for trafficking in narcotics while armed.

5. The facts in this affidavit come from my personal observations, my training and experience, as well as information obtained from other law enforcement officers, witnesses, and

2

reports. Since your Affiant submits this affidavit for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the requested criminal complaint and arrest warrant.

## PROBABLE CAUSE

6.      On or about February 12, 2016, officers with the PGPD's Washington Area Vehicle Enforcement Team (WAVE Street Crimes Unit) observed a green Saturn, bearing Virginia temporary registration 91982A, traveling on Suitland Parkway in Prince George's County, Maryland. The officers conducted a query of the said temporary registration that revealed that the temporary registration tag was issued for and belonged on a 1987 Mercedes Benz. The officers continued to follow and maintain visual surveillance of the green Saturn, which was occupied by three males, and observed the green Saturn pulled into a Carwash located at 3437 Branch Avenue, Temple Hills, Prince George's County, Maryland.

7.      The officers then observed the three occupants of the green Saturn exit the vehicle and two of the occupants walked to a nearby laundromat. The third occupant (who was observed riding in the front passenger seat of the green Saturn), later identified as **MCLEAN**, remained standing next to the Saturn. After a short amount of time the other two occupants of the green Saturn returned to the carwash from the laundromat. One of these individuals walked over to one of the officer's unmarked vehicle, walked around the vehicle and attempted to look through the dark tinted windows into the vehicle then rejoined **MCLEAN** who was still standing next to the Saturn.

8.      The driver of the green Saturn then pulled the green Saturn into the carwash bay and began to wash the car while **MCLEAN** and the other occupant stood outside the entrance to

3

the carwash bay. One of the officers, whose unmarked car was next in line for the wash bay behind the green Saturn, observed **MCLEAN** adjusting his waistband and clutching the right side of his waistband approximately three times as he stood outside the carwash bay. The officer knew, through his training and experience, that **MCLEAN's** behavior was indicative of an armed person. Based on his training, experience and his observations of **MCLEAN's** actions, the officer believed that **MCLEAN** was armed and hiding a firearm in his waistband.

9.    The same officer who observed **MCLEAN's** actions subsequently approached **MCLEAN** and conducted a *Terry* frisk of **MCLEAN** for weapons. As the officer frisked **MCLEAN**, he felt what he recognized to be a firearm based on his training and experience. The officer then observed the butt of a handgun tucked in the right front side of **MCLEAN's** waistband area. The officer then removed the firearm from **MCLEAN's** waistband and placed **MCLEAN** under arrest without incident.

10.    The firearm recovered from **MCLEAN** was found to be a silver and black colored Taurus model PT24/7 .45 caliber semi-automatic pistol bearing serial number NCR73395. The firearm was found to be loaded with one round of .45 caliber ammunition in the chamber, and a magazine containing an additional eight rounds of .45 caliber ammunition.

11.    On or about February 13, 2016, **MCLEAN** placed a phone call from the Prince George's County Detention Center ("PGDC"). During the course of the conversation, which was recorded by the PGDC communications system, **MCLEAN** stated that he had made "a stupid ass mistake." In a subsequent phone conversation on the same day, **MCLEAN** further stated, "Maryland time is cheap as shit." During a third phone conversation later that same day **MCLEAN** stated, "I should have left the 'dog' in the glove box." Your Affiant knows, based on his training and experience, that the term "dog" used in this context is a code word for a firearm.

4

12.    On February 25, 2016, ATF Special Agent Cooney examined the firearm recovered from **MCLEAN's** front waistband and determined that this firearm was manufactured in Brazil and thus would have traveled in interstate commerce prior to its recovery in the State of Maryland.

13.    Your Affiant reviewed **MCLEAN's** criminal history, which revealed that on or about June 12, 2012 in the District of Columbia, **MCLEAN** was convicted of possession of a firearm during a crime of violence, which carries a maximum term of imprisonment greater than one year.

14.    Your Affiant previously received information that **MCLEAN** has not received any pardons for his convictions and his rights to own and possess a firearm in the state have not been restored.

## CONCLUSION

15.    Based on the foregoing, your Affiant respectfully requests that a criminal complaint and an arrest warrant be issued for **Quinton Darnell MCLEAN** for a violation of Title 18, United States Code § 922(g)(1).

Wayne R. Tracey
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on February 29, 2016 in Greenbelt, Maryland

HONORABLE JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

5